**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01105-CV

### MORBEN REALTY CO., INC., Appellant

### V.

### TEXAS CAPITAL HOLDINGS, LLC AND TCHF III, LP, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04626**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 4, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID L. BRIDGES
           PRESIDING JUSTICE